[No. 55243-1-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN L. MORRIS,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-1-03218-9, Gregory P. Canova, J., entered
November 8, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 55315-1-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. VIET QUOC VU,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-1-08941-5, Steven C. Gonzalez, J., entered
December 9, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 55378-0-I.   Division One.   March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ZEH'-RAHK,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 04-1-05763-5, Richard McDermott, J., entered
November 22, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 55599-5-I.   Division One.   March 6, 2006.]

MARGARET ENDERLEIN, *Appellant,* v. ORCAS MONTESSORI
SCHOOL, INC., *Respondent.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 04-2-05045-7, Vickie I. Churchill, J.,
entered December 20, 2004. *Affirmed* by unpublished opin-
ion per Cox, C.J., concurred in by Agid and Appelwick, JJ.